IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

MARY M. TEASDALE,                          )
                                           )
                Plaintiff,                 )   TC-MD 150432N
                                           )
        v.                                 )
                                           )
DEPARTMENT OF REVENUE,                     )
State of Oregon,                           )
                                           )
                Defendant.                 )   **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of

Dismissal, entered February 9, 2016. The court did not receive a statement of costs and

disbursements within 14 days after its Decision of Dismissal was entered. *See*

TCR-MD 16 C(1).

This matter came before the court on its own motion to dismiss this case for lack of

prosecution.

On January 6, 2016, the court sent the parties a Journal Entry instructing Plaintiff to file a

response to Defendant's Motion to Dismiss (Motion) or withdraw her appeal, by

January 13, 2016. (Journal Entry at 1.) The Journal Entry advised that failure to comply with

the deadlines set forth therein might result in dismissal of Plaintiff appeal. (*Id*.) The court did

not receive a response or any other communication from Plaintiff.

On January 20, 2016, the court issued an Order stating that Plaintiff must file a response

to Defendant's Motion or withdraw her appeal within 14 days of that Order. (Or at 1.) The court

warned that Plaintiff's failure to respond would result in dismissal of Plaintiff's appeal. (*Id.*)

Plaintiff's deadline has passed and the court has not received Plaintiff's response to Defendant's

/ / /

Motion or any further communication from Plaintiff.  As a consequence, the court finds this matter should be dismissed for lack of prosecution.  Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this ⎯⎯ day of February 2016.


⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on February 29, 2016.*